UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE GONZALEZ, on behalf of himself
and others similarly situated,

              Plaintiff,            17cv2136

            -against-            ORDER

GREEN KITCHEN REST. CORP. (d/b/a/
GREEN KITCHEN), *et al.*,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, District Judge:

       This Court has reviewed the settlement agreement and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015).  The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: July 27, 2017
       New York, New York

                                      SO ORDERED:

                                      _____
                                         WILLIAM H. PAULEY III
                                                 U.S.D.J.