UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JOSE GONZALEZ, on behalf of himself
and others similarly situated,

                Plaintiff,      :      17cv2136

            -against-      :      ORDER

GREEN KITCHEN REST. CORP. (d/b/a/
GREEN KITCHEN), *et al.*,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, District Judge:

        This Court has reviewed the revised settlement agreement (see ECF No. 13) and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). This case remains closed.

Dated: August 18, 2017
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                               U.S.D.J.